James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: jkeenley@bkkllp.com
         bkim@bkkllp.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| John DOE, | ) | Case No.: 3:13-cv-4360 (LB) |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST FOR** |
| | ) | **DISMISSAL WITH PREJUDICE;** |
| v. | ) | [PROPOSED] **ORDER DISMISSING** |
| | ) | **CASE WITH PREJUDICE** |
| MEDICAL PLAN FOR EMPLOYEES OF TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC. | ) ) ) ) | |
| Defendant. | | |

Following the settlement of this matter, Plaintiff John DOE and Defendant Medical Plan for Employees of Toshiba America Electronics Components, Inc., by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated:  October 7, 2014                                         BOLT KEENLEY KIM LLP


                                                                By:  */s/ James P. Keenley*
                                                                        James P. Keenley
                                                                        Attorneys for Plaintiff

CASE NO. 3:13-cv-4360 (LB)                                                                  STIPULATED DISMISSAL
1

| | |
|---|---|
| Dated:  October 7, 2014 | CAROTHERS DISANTE & FREUDENBERGER LLP |
| | By: <u>  */s/ David Szwarcsztejn*          </u><br>David Szwarcsztejn<br>Attorneys for Defendants |

### [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties stipulation and hereby ORDERS that this action, 3:13-cv-4360 (LB) is dismissed in its entirety as to all defendants, with prejudice, and with reach party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: October 9, 2014

<u>                                   </u>
Hon. Laurel Beeler
United States Magistrate Judge